IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DENNIS B. WORTHAM, | : | |
|     Plaintiff, | : | |
| | : | |
| VS. | : | Case No: 2:14-cv-00105-LGW-JEG |
| | : | |
| ANTHONY BROWN, | : | |
|     Defendants. | : | |

**MOTION TO AVOID ENTRY OF DEFAULT ON COUNTERCLAIM**

Plaintiff moves to avoid the entry of default by the clerk for Plaintiff's failure to answer the counterclaim in a timely manner.  Plaintiff shows that it was not intentionally not answered.  Rather, Plaintiff denies the counterclaim, but undersigned counsel failed to file the answer through sheer oversight and spending too much time in Superior Court where answers to counterclaims are not required by the Georgia Civil Practice Act. Defendant will suffer no prejudice by allowing Plaintiff to avoid entry of the default and file an answer whereas Plaintiff will suffer prejudice through no fault of his own.  See Rule of Civil Procedure 55(c).

This 31st day of October, 2014.


/s/ Vincent D. Sowerby
Vincent D. Sowerby
Attorney for Plaintiff
Ga. Bar No: 668750

P.O. Box 539
Brunswick, GA 31521-0539
Tel: 912-280-0330
Fax: 912-280-0331
Vince@sowerbylaw.com


**CERTIFICATE OF SERVICE**
I certify that I filed the foregoing document with the court using the court Electronic

Filing system (CM/ECF), which will automatically send email notification of the filing to all of the attorneys of record in this case.

This 30th day of October, 2014.


/s/ Vincent D. Sowerby
Vincent D. Sowerby